Mary Elizabeth Nichols, Respondent, v. Mail and Express Company, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York, Respondent, v. May Quinn, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York, Respondent, v. Alfred V. Schwitofsky, Appellant.— Judgment and order affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ. (Laughlin, J., dissented.)

The People of the State of New York, Respondent, v. Philip Blau, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Mary Meagher, Appellant, v. Sesrun Society, Respondent.— Order setting aside verdict affirmed, judgment dismissing complaint reversed and new trial ordered, without costs to either party. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Jean Calhoun, Appellant, v. Rudolf Wesselhoft, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Murray & Hill Company, Respondent, v. Boreas Realty Company and Bankers' Surety Company, Appellants, Impleaded with Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Jesse T. Collins v. Genevieve G. Phipps.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The City of New York v. New York Evening Post Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

In the Matter of Charles H. Herbst.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

In the Matter of Owen W. Behan.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mary L. Cragin, Appellant, v. Lancelot M. Berkeley, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Wilbur S. Lemmon, Appellant, v. Wallace Reid, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.